# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| BAZIL HAYNES, JR., individually and on behalf of others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. ) ) 4:13-cv-00104-HLM-WEJ |
| BDR LOOPERS (d/b/a B.D.R. LOOPERS & CLIPS, INC., and/or BDR LOOPERS AND MACHINERY, INC.), and STEPHANIE BREWER, | ) ) ) ) ) |
| Defendants. | ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties and jointly stipulate to the dismissal with prejudice of all claims in this action. This dismissal shall have no *res judicata* effect on any of Plaintiff's claims not specifically raised in the Complaint filed in this action.

Respectfully submitted this 30th day of May, 2013.

| | |
|---|---|
| */s/ C. Andrew Head* | */s/ J. Anderson Davis* |
| C. Andrew Head | J. Anderson Davis |
| Georgia Bar No. 341472 | Georgia Bar No. 211077 |
| FRIED & BONDER, LLC | Ansel Franklin Beacham, III |
| White Provision, Suite 305 | Georgia Bar No. 043743 |
| 1170 Howell Mill Road, NW | BRINSON ASKEW BERRY |
| Atlanta, GA 30318 | P.O. Box 5007 |
| (404) 995-8808 (telephone) | 615 West First Street |
| (404) 995-8899 (facsimile) | Rome, GA 30162-5007 |

Email: ahead@friedbonder.com

Counsel for Plaintiff

(706) 291.8853 (telephone)
(706) 234-3574 (facsimile)
Email: adavis@brinson-askew.com;
fbeacham@brinson-askew.com

Counsel for Defendant

Case 4:13-cv-00104-HLM   Document 10   Filed 05/30/13   Page 3 of 3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of May, 2013, a true and correct copy of the foregoing was electronically filed using the CM/ECF system which will automatically generate a service copy to the following counsel of record:

>J. Anderson Davis
>Ansel Franklin Beacham, III

>*s/ C. Andrew Head*
>Georgia Bar No. 341472
>Attorneys for Plaintiff
>Fried & Bonder, LLC
>White Provision, Ste. 305
>1170 Howell Mill Rd, NW
>Atlanta, Georgia 30318
>(404) 995-8808
>(404) 995-8899(facsimile)
>Email: ahead@friedbonder.com